BEFORE THE SECOND DIVISION, NOVEMBER 30, 1942

**No. 47757.**—Protests 762262–G, etc., of Louis Marbe Cohn, et al (New York).

Opinion by TILSON, J. The case was submitted on a stipulation between counsel that the merchandise in question consists of "8-Bu. paper hats," known as harvest hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The protests were sustained to that extent.

**No. 47758.**—Protests 724851–G, etc., of Louis Marbe Cohn (New York).

Opinion by TILSON, J. The case was submitted on a stipulation between counsel that the merchandise in question consists of "8-Bu. paper hats," known as harvest hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). The protests were sustained to that extent.

**No. 47759.**—Protest 692355–G of Caradine Hat Co. (St. Louis).

Opinion by TILSON, J. It was stipulated that certain of the merchandise in question consists of "8-Bu. paper hats" the same as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith some were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5) and those imported subsequent to the effective date of the trade agreement with the Netherlands (T. D. 48075) were held dutiable at 12½ percent ad valorem under paragraph 1504 (b) (5), as modified by T. D. 48075.

**No. 47760.**—Protests 926488–G, etc., of Sanes Hat Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the items consist of Racello hats or hoods, not bleached, dyed, colored, or stained, and not blocked or trimmed, similar to those involved in Abstract 47291, the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 47761.**—Protest 881189–G of Graef & Schmidt, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Guth Stern & Co.* (21 C. C. P. A. 246, T. D. 46777) the claim at 27½ percent under paragraph 372 was sustained.

**No. 47762.**—Protest 24416–K of W. J. Green (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the flax waste in question is used chiefly for paper making and that it is the same in all material respects as that the subject of *Green* v. *United States* (8 Cust. Ct. 173, C. D 599), the claim for free entry under paragraph 1750 was sustained.